UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DEVON TYLER BARBER, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | |
| v. | No. 22-06206 (KMW-EAP) |
| JOSEPH HARDEMON, JR., *et al.*, | MEMORANDUM OPINION AND ORDER |
| Defendants. | |

WHEREAS, the Court administratively terminated the action on November 3, 2023 (ECF No. 3) for failure to comply with Local Civil Rule 10.1(a), directing Plaintiff to notify the Court of the new address within 30 days of entry of the order; and

WHEREAS, to date, Plaintiff has failed to respond.

IT IS HEREBY on this 20th day of December, 2023,

**ORDERED** that this case be **DISMISSED**; and

**FURTHER ORDERED** that the Clerk's Office close this case.

KAREN M. WILLIAMS
United States District Judge